# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

129929

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 129929
COA: 261627
Wayne CC: 00-012692

LARRY HEARNS,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

s0416